```
Terence Michael Agee
P.O. Box 514812
Los Angeles, CA 90051

(323) 597-6327

Plaintiff in Pro Per
```

FILED
2018 JAN -4  PM 3:40
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

PAID
JAN - 4 2018
Clerk, US District Court
COURT 4612

## UNITED STATED DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Terence Michael Agee,

　　　　Plaintiff,

vs.

LAW OFFICE OF LES ZIEVE, NEW PENN FINANCIAL, LLC., BANK OF AMERICA, and DOES 1-10

　　　　Defendant(s)

Case No.:

**CV18-00095-JFW(SKx)**

COMPLAINT FOR:

1. FRAUD
2. DECEIT
3. VIOLATIONS OF FDCPA

**TRIAL BY JURY DEMANDED**

## JURISDICTION

1. Jurisdiction is conferred on this court by Title 15 U.S.C. §1692k(d), which grants this United States District Court jurisdiction to hear this action without regard to the amount in controversy.

2. This Court has original jurisdiction over Plaintiff Agee's claims by operation of 28 U.S.C. §1331, and §1343 and supplemental jurisdiction exists pursuant to 28 U.S.C. §1367.

3. This Court is vested with authority over Plaintiff Agee to issue the requested Declaratory Relief, pursuant to 28 U.S.C. §2201, and as further defined

1 under Rule 57 of the Federal Rules of Civil Procedure.

2     4.     This Court has further jurisdiction over Plaintiff's claim to issue requested Declaratory and Injunctive Relief, under 28 U.S.C. §2202.

## VENUE

5. Venue lies in this district pursuant to 28 U.S.C. §1391(b).

6. This Court has authority to award Plaintiff damages under 28 U.S.C. §1343(a)(1)(2)(3).

7. Additionally, Plaintiff invokes this Court's authority to determine salient questions of contract law; including, but not limited to, controversies arising out of unconscionability and constitutionality of cognovit/adhesion contracts, material misrepresentation and the five elements of fraud including but not limited to fraudulent concealment.

## PARTIES

8. Terence Michael Agee (hereinafter referred to as Plaintiff and/or Plaintiff Agee) according to Title 15 U.S.C. §1692(e) is identified as a least sophisticated consumer (§1692(a)(3) or even possibly a least susceptible consumer (§1692(f) according to the act and whose mailing address is P.O. Box 514812, Los Angeles, CA 90051.

9. THE LAW OFFICE OF LES ZIEVE, (hereinafter referred to as "ZIEVE") lists themselves as Trustee with their Agent for Service of Process, Les Zieve, located at 30 Corporate Park, Suite 450, Irvine, CA 92606.

10. NEW PENN FINANCIAL LLC d/b/a SHELLPOINT MORTGAGE SERVICING, (hereinafter referred to as SHELLPOINT), are currently listed as incorporated in Delaware with a business status of 'CANCELLED' as of 07/18/2011. Their designated Agent for Service of Process is listed as Corporation Service Company which will do business in California as CSC – Lawyers Incorporating Service who also list their Agent for Service of Process as THE PRENTICE-HALL CORPORATION SYSTEM INC. both with a mailing address

Terence Michael Agee
P.O. Box 514812
Los Angeles, CA 90051

1 of 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833 and reflect that
2 SHELLPOINT is the current Mortgage Servicer BANK OF AMERICA, N.A.
3     11.    BANK OF AMERICA, N.A. c/o NEW PENN FINANCIAL LLC
4 d/b/a SHELLPOINT alleges they are the lender in this matter.
5     12.    The true names or capacities, whether individual, corporate, associate,
6 or otherwise, of un-named Defendants in this action, are unknown to Plaintiff, who
7 therefore sues said Defendants by such fictitious names (hereinafter referred to as
8 DOE Defendants). Plaintiff will amend this complaint to show the true names and
9 capacities of the fictitiously named defendants when they have been ascertained.

## STATEMENT OF FACTS

11     13.    Agee realleges paragraphs 1 through 12.
12     14.    On or around October 10, 2005, Defendants claim Plaintiff Agee
13 executed an Adjustable Rate Note (NOTE), Loan #: 115349441 (See Exhibit A).
14 This Note is in the amount of $570,750.00 and Deed of Trust, Document ID #:
15 00011534944110005, recorded 10/26/2005 with County Recorder's File No.: 05
16 2578476 (See Exhibit B), payable to the alleged Lender, AMERICA'S
17 WHOLESALE LENDER, which was stated to be a New York corporation. The
18 NOTE states the "borrower owes Lender $570,750.00". The NOTE was for a
19 property commonly known as 3936 W. 108th St., Inglewood, CA 90303 and is the
20 subject property, APN: 4033-001-029.
21     15.    On or around October 10, 2005, Defendants claim Plaintiff Agee
22 executed another Deed of Trust, Document ID #: 00011535603510005 (See
23 Exhibit C) alleging an amount of $114,150.00 is owed. The listed Lender was
24 AMERICA'S WHOLESALE LENDER, a fictitious business who claimed to be a
25 corporation operating under the laws of New York but did not have authority to do
26 business in California.
27     16.    On or around May 2, 2006, Defendants claim Plaintiff Agee executed
28 an Adjustable Rate Note, (Note) Loan #: 72065 (See Exhibit D) and a Deed of

*Terence Michael Agee*
*P.O. Box 514812*
*Los Angeles, CA 90051*

1 Trust, recorded on 5/24/2006 with Doc. #: 06 1141389 (See Exhibit E).

2     17. On June 5, 2006 Recon Trust filed a Substitution of Trustee and Full Reconveyance Doc. #: 06 1233266 (See Exhibit F), stating MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) as beneficiary does substitute as new Trustee, Recon Trust Company, N.A. under said Deed of Trust Document #: 05 2578476, but was an invalid recording because MERS for America's Wholesale Lender had no authority to assign ownership of said mortgage due to the fact MERS was not the owner.

    18. Defendant ZIEVE filed a Notice of Default and Election to Sell Under Deed of Trust on 10/11/2017, listing Trustee as THE LAW OFFICE OF LES ZIEVE (See Exhibit G).

    19. On or around 7/21/2017 Title to said property was perfected via United States of America, authenticated Document #: 17045247-9 (See Exhibit H) by and in the possession of Plaintiff Agee.

    20. On or around 8/2/2010 a Fictitious Business in the name of AMERICA'S WHOLESALE LENDER (See Exhibit I) was established. This Fictitious Business was never incorporated to do business as a lender in the state of California nor in the state of New York at the time of the original NOTE creation, thereby nullifying the original NOTE and the original Deeds of Trust (Exhibits B and C).

    21. A Securitization Audit was obtained by Plaintiff Agee in an attempt to verify the current owner of the alleged original NOTE and the current Note and to whom and how said lenders, and if any Defendants, securitized the Note(s) (See Exhibit J).

    22. Plaintiff Agee recorded his claims and preserved interest in said property as evidenced in the Secretary of State filing, on 12/3/2010 (See Exhibit K).

### CLAIMS

    23. Agee realleges paragraphs 1 through 23.

Terence Michael Agee
P.O. Box 514812
Los Angeles, CA 90051

24. Actual Fraud is contractual in nature and defined in the California Civil Code (CC) §1572. AMERICA'S WHOLESALE LENDER, an alleged party to the contract being the NOTE and the Deed of Trust committed actual fraud by inducing Plaintiff Agee to enter into contract without being a legitimate entity with authority to grant, confer, or transfer any alleged interest regarding the NOTE. Therefore, any alleged beneficiary or those Defendants, and all of them, acting with alleged authority on behalf of any other DOE Defendant involved in this action, do so illegally, to include any threat of foreclosure on property belonging to Plaintiff Agee and should be counted among other actions to deceive by Defendants, CC §1709.

25. Deceit, which is not necessarily based on a contract, is described at CC §1709 and §1710. Defendants, and all of them, willfully are attempting to deceive Plaintiff Agee to alter his position to his injury and risk, and are liable for any damage which Plaintiff Agee has thereby suffered to include past Notice of Defaults being fraudulently filed, damaging Plaintiff Agee's credit, emotional distress and multiple legal filings required to protect Plaintiff Agee's property. All this comes to an estimated amount of damages of $750,000.00 which Plaintiff Agee seeks from Defendants.

26. Defendants and all of them, are intentionally misrepresenting their positions of authority to foreclose, by failing to research their position in this fraudulent matter. With the many filings done by Plaintiff Agee to protect his property, Defendants and all of them, continue to fail at reviewing their positions and admitting to the fact that this matter is based on fraudulent concealment where full disclosure is lacking.

27. Defendants, and each of them, have failed to examine the files to determine if Defendants were in possession of the original NOTE and/or had the legal right to enforce the Note(s) to include any of the Deeds of Trust in a foreclosure action and have violated Title 15 U.S.C. §1692e(2)(a); §1692e(3); and

Terence Michael Agee
P.O. Box 514812
Los Angeles, CA 90051

§1692e(10).

28. QUALITY is attempting to collect upon a fraudulently obtained promissory NOTE. The NOTE is not in compliance with the negotiability and enforcement provisions under UCC §3-104(a) and in the process, has violated Title 15 U.S.C. §1692 et seq.

29. QUALITY has violated Title 15 U.S.C. §1692 et seq. by initiating a foreclosure action supported by correspondence from Defendants and each of them, based upon fraudulent and defective Note(s) that are nothing more than a nullity, void and uncollectible.

30. Defendants, and each of them, knew or should have known that whenever there are conflicting laws, it is up to the U.S. Supreme Court to rule on the Constitutionality of the California foreclosure law §1147 which contradicts CA. R.E. §901, §902, §1002, §1003, §803.6, the California rules of Civil Procedure and the California Uniform Commercial Code and the alleged promissory Note(s) substantiate that the original notes must be in the real party in interest's name and the originals must be produced in court and have violated §§1692e(10) and 1692f(6) under the California UCC Article 3 Rules.

31. Since America's Wholesale Lender was not a legal entity at the time the original NOTE and Deed of Trust were created, then legally, the naming of a fictitious entity creates no rights under that instrument. Neither the NOTE nor the Deed of Trust would be a valid obligation or encumbrance, neither any document of obligation thereafter based upon the election of a beneficiary who lacked authority.

32. Plaintiff Agee

33. Plaintiff Agee respectfully reserves his right to amend this Complaint.

## REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

34. For rescission of any and all contracts with Defendants.

35. For a full accounting of all monies earned on behalf or in the name of the alleged holders in due course of the NOTE(S).
36. For the return of each and every created promissory and Mortgage Note sold unilaterally and deposited into the stream of commerce or be financially compensated for the value of each and every note.
37. For the Court to award costs and reasonable fees (where applicable) pursuant to 15 U.S.C. §1692k(a)(3).
38. For actual and compensatory damages, including general and special damages, according to proof;
39. For any further relief which the court may deem appropriate.

### DEMAND FOR TRIAL BY JURY

Plaintiff hereby requests a trial by jury on all issues raised in this Complaint.

Dated: 1/4/2018

Respectfully submitted,
Without Prejudice

By: "Terence Michael A."
Terence Michael Agee

Terence Michael Agee
P.O. Box 514812
Los Angeles, CA 90051

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself [X] )

Terence Michael Agee

**DEFENDANTS** ( Check box if you are representing yourself [ ] )

LAW OFFICE OF LES ZIEVE
NEW PENN FINANCIAL, LLC.
BANK OF AMERICA, N.A.

**(b) County of Residence of First Listed Plaintiff** Los Angeles
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**County of Residence of First Listed Defendant** Los Angeles
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c) Attorneys** (*Firm Name, Address and Telephone Number*) If you are representing yourself, provide the same information.

Terence Michael Agee
P.O. Box 514812
Los Angeles, CA 90051

**Attorneys** (*Firm Name, Address and Telephone Number*) If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

[ ] 1. U.S. Government Plaintiff
[ ] 2. U.S. Government Defendant
[ ] 3. Federal Question (U.S. Government Not a Party)
[X] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [X] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (Place an X in one box only.)

[X] 1. Original Proceeding
[ ] 2. Removed from State Court
[ ] 3. Remanded from Appellate Court
[ ] 4. Reinstated or Reopened
[ ] 5. Transferred from Another District (Specify)
[ ] 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** [X] Yes [ ] No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** [ ] Yes [X] No    [X] **MONEY DEMANDED IN COMPLAINT:** $ 750,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Violation of 15 USC 1692e filing False and Misleading Statements

**VII. NATURE OF SUIT** (Place an X in one box only).

| | | | | | |
|---|---|---|---|---|---|
| [ ] 375 False Claims Act | [ ] 110 Insurance | [ ] 240 Torts to Land | [ ] 462 Naturalization Application | **Habeas Corpus:** | [ ] 820 Copyrights |
| [ ] 400 State Reapportionment | [ ] 120 Marine | [ ] 245 Tort Product Liability | [ ] 465 Other Immigration Actions | [ ] 463 Alien Detainee | [ ] 830 Patent |
| [ ] 410 Antitrust | [ ] 130 Miller Act | [ ] 290 All Other Real Property | | [ ] 510 Motions to Vacate Sentence | [ ] 840 Trademark |
| [ ] 430 Banks and Banking | [ ] 140 Negotiable Instrument | | | [ ] 530 General | |
| [ ] 450 Commerce/ICC Rates/Etc. | [ ] 150 Recovery of Overpayment & Enforcement of Judgment | | [X] 370 Other Fraud | [ ] 535 Death Penalty | [ ] 861 HIA (1395ff) |
| [ ] 460 Deportation | | [ ] 310 Airplane | [ ] 371 Truth in Lending | [ ] 540 Mandamus/Other | [ ] 862 Black Lung (923) |
| [ ] 470 Racketeer Influenced & Corrupt Org. | [ ] 151 Medicare Act | [ ] 315 Airplane Product Liability | [ ] 380 Other Personal Property Damage | [ ] 550 Civil Rights | [ ] 863 DIWC/DIWW (405 (g)) |
| [ ] 480 Consumer Credit | [ ] 152 Recovery of Defaulted Student Loan (Excl. Vet.) | [ ] 320 Assault, Libel & Slander | [ ] 385 Property Damage Product Liability | [ ] 555 Prison Condition | [ ] 864 SSID Title XVI |
| [ ] 490 Cable/Sat TV | | [ ] 330 Fed. Employers' Liability | | [ ] 560 Civil Detainee Conditions of Confinement | [ ] 865 RSI (405 (g)) |
| [ ] 850 Securities/Commodities/Exchange | [ ] 153 Recovery of Overpayment of Vet. Benefits | [ ] 340 Marine | [ ] 422 Appeal 28 USC 158 | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |
| [ ] 890 Other Statutory Actions | [ ] 160 Stockholders' Suits | [ ] 345 Marine Product Liability | [ ] 423 Withdrawal 28 USC 157 | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 871 IRS-Third Party 26 USC 7609 |
| [ ] 891 Agricultural Acts | | [ ] 350 Motor Vehicle | | [ ] 690 Other | |
| [ ] 893 Environmental Matters | [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability | [ ] 440 Other Civil Rights | | |
| [ ] 895 Freedom of Info. Act | [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury | [ ] 441 Voting | [ ] 710 Fair Labor Standards Act | |
| [ ] 896 Arbitration | [ ] 196 Franchise | [ ] 362 Personal Injury-Med Malpratice | [ ] 442 Employment | [ ] 720 Labor/Mgmt. Relations | |
| | | [ ] 365 Personal Injury-Product Liability | [ ] 443 Housing/Accommodations | [ ] 740 Railway Labor Act | |
| [ ] 899 Admin. Procedures Act/Review of Appeal of Agency Decision | [ ] 210 Land Condemnation | [ ] 367 Health Care/Pharmaceutical Personal Injury Product Liability | [ ] 445 American with Disabilities-Employment | [ ] 751 Family and Medical Leave Act | |
| | [ ] 220 Foreclosure | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 446 American with Disabilities-Other | [ ] 790 Other Labor Litigation | |
| [ ] 950 Constitutionality of State Statutes | [ ] 230 Rent Lease & Ejectment | | [ ] 448 Education | [ ] 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:**   Case Number: **CV18-00095**

CV-71 (10/14)                                     CIVIL COVER SHEET                                         Page 1 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court?<br>☐ Yes ☒ No<br><br>If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | | | |
|---|---|---|---|
| | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | | Western |
| | ☐ Orange | | Southern |
| | ☐ Riverside or San Bernardino | | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?<br>☐ Yes ☒ No<br><br>If "no," skip to Question C. If "yes," answer Question B.1, at right. | B.1. Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Southern Division.<br>Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☐ NO. Continue to Question B.2. |
| | B.2. Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division.<br>Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division.<br>Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action?<br>☐ Yes ☒ No<br><br>If "no," skip to Question D. If "yes," answer Question C.1, at right. | C.1. Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Southern Division.<br>Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☐ NO. Continue to Question C.2. |
| | C.2. Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division.<br>Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division.<br>Enter "Western" in response to Question E, below, and continue from there. |

| | | | |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |

| D.1. Is there at least one answer in Column A?<br>☐ Yes ☒ No<br><br>If "yes," your case will initially be assigned to the<br>**SOUTHERN DIVISION.**<br>Enter "Southern" in response to Question E, below, and continue from there.<br>If "no," go to question D2 to the right. ➡ | D.2. Is there at least one answer in Column B?<br>☐ Yes ☒ No<br><br>If "yes," your case will initially be assigned to the<br>**EASTERN DIVISION.**<br>Enter "Eastern" in response to Question E, below.<br>If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below. ⬇ |
|---|---|

| Enter the initial division determined by Question A, B, C, or D above: ➡ | **WESTERN** |
|---|---|

| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes ☒ No |
|---|---|

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES**: Has this action been previously filed in this court? ☒ NO ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES**: Is this case related (as defined below) to any civil or criminal case(s) previously filed in this court? ☒ NO ☐ YES

If yes, list case number(s): _____

**Civil cases** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** By: /s/ Terrence Michael     DATE: 1/4/2018

Notice to Counsel/Parties: The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
| --- | --- | --- |
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |