**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERENCE MICHAEL AGEE,<br><br>Plaintiff(s),<br><br>v.<br><br>LAW OFFICE OF LES ZIEVE, et al.,<br><br>Defendant(s). | Case No. CV-18-95-R<br><br>**ORDER OF DISMISSAL<br>BY LACK OF PROSECUTION AS TO LAW OFFICE OF LES ZIEVE** |

Plaintiff was ordered to show cause in writing by not later than **May 11, 2018** why this action should not be dismissed for lack of prosecution as to Defendant Law Offices of Les Zieve;

WHEREAS, Defendant Law Offices of Les Zieve is the last remaining defendant in this action; and, this period has elapsed without any action by plaintiff,

The Court hereby DISMISSES this instant action for lack of prosecution as to Defendant Law Offices of Les Zieve.

Dated: May 14, 2018

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE